ARTHUR H. LAMBORN and Others, Respondents, v. CZARNIKOW-RIONDA COMPANY, Appellant. CZARNIKOW-RIONDA COMPANY, Appellant, v. FEDERAL SUGAR REFINING COMPANY, Respondent.— Order modified by allowing items 2 and 9 of the notice of examination only, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL J. GRAHAM, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant, Impleaded with Another.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VINCENT GLINSKY, Respondent, v. DUNHAM & REID, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRACE H. GRIFFIN, Respondent, v. WILLIAM H. GRIFFIN, Appellant.— Order modified by striking out the provision for counsel fee, on the ground that there is no power to grant counsel fee after judgment; and further modified by providing that defendant's application to modify the alimony and custody provisions of the modified decree be stayed until he applies for permission to reduce or otherwise vary the provisions for alimony, and as so modified affirmed, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ACHILLE L. CHAPUIS, Respondent, v. ANGELA CHAPUIS, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD J. MACKEY, Respondent, v. IRENE BORDONI, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD J. MACKEY, Respondent, v. IRENE BORDONI, Appellant.— Order modified so that case shall be placed on the reserve calendar, Part II, for the first Monday of October, 1930, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD J. MACKEY, Respondent, v. IRENE BORDONI, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution: HOWARD ERIC and Another, Judgment Creditors, Appellants, v. CHESTER A. GUMPERT, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIBERTY PLACE HOLDING CORPORATION, Landlord, v. ADOLPH SCHWOB, INC., Tenant, Appellant. 45 MAIDEN LANE, INC., Assignee; CHARLES SHEBAIRA and Others, Undertenants; 45 MAIDEN LANE, INC., and Another, Respondents.—